# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>    v.<br><br>**NICHOLAS LANE STEPHENS,**<br>[DOB 07/15/1997]<br><br>        Defendant. | No. 20-5011-01-CR-SW-MDH<br><br>**COUNT 1**<br>18 U.S.C. § 2251(a) & (e)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class B Felony<br><br>**COUNT 2**<br>18 U.S.C. §§ 2252(a)(2) and (b)(1)<br>NLT 5 Years<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class C Felony<br><br>Restitution<br>$100 Special Assessment<br>$5,000.00 JVTA Special Assessment |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

Beginning on an unknown date, but as early as December 1, 2019, and continuing through January 14, 2020, said dates being approximate, in Newton County, and elsewhere, in the Western District of Missouri, the defendant, **NICHOLAS LANE STEPHENS**, employed, used, persuaded, induced, enticed, and coerced a minor, Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was

produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

Beginning on an unknown date, but as early as December 1, 2019, and continuing through January 14, 2020, said dates being approximate, in Newton County, and elsewhere, in the Western District of Missouri, the defendant, **NICHOLAS LANE STEPHENS,** knowingly received and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

A TRUE BILL

*/s/ Kevin Elliott*
FOREPERSON OF THE GRAND JURY

*/s/ Ami Harshad Miller*
**AMI HARSHAD MILLER** #57711
Assistant United States Attorney

DATED: 06/09/2020
Springfield, Missouri